UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------  X
                                                                    :
FNZ GROUP LIMITED,                                                  :    No. 24 CV 0269 (MMG)
                                                                    :
                                                                    :
              Plaintiff,                                            :
                                                                    :
       v.                                                           :
                                                                    :
ADAM GREEN and SHLOMO GROSS,                                        :
                                                                    :
                                                                    :
              Defendants.                                           :
------------------------------------------------------------------  X
```

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this proceeding without prejudice against Defendants Adam Green and Shlomo Gross.

Respectfully submitted,

*/s/Bradley S. Pensyl*

Bradley S. Pensyl
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Bradley.Pensyl@AllenOvery.com

*Attorneys for Plaintiff FNZ Group Limited*

Dated: April 5, 2024